# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN SHERMAN**                                                               **PLAINTIFF**

**v.**                      **CASE NO. 4:23-CV-00152-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                               **DEFENDANT**

## ORDER

After de novo review of the record, the recommended disposition from United States Magistrate Judge Joe J. Volpe [Doc. No. 15] is adopted. The commissioner's decision is affirmed and Steven Sherman's case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE