IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN SHERMAN**                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00152-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE